IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

THERONE DANCE,

    Plaintiff,

v.

AMANDA F. WILLIAMS, Chief Judge;
DANTE HUDSON; ALVIN CAINE;
and DENISE O'NEAL,

    Defendants.

CIVIL ACTION NO.: CV210-010

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that Judge Williams and Dante Hudson—Plaintiff's public defender—were acting under color of state law and should be subject to suit. As noted in the Magistrate's Report, Judge Williams is immune from civil suit under § 1983. Defendant Hudson was not acting under color of state law in his role as Plaintiff's public defender, and cannot be sued under § 1983 in that capacity.

Plaintiff's Objections are without merit and are **OVERRULED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED**, this 18 day of May, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA